**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILMAN PULIDO-RODRIGUEZ,** | : | No. 3:13cv3086 |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **MARY SABOL, et al.,** | : | |
| Defendants | : | |

**ORDER**

    **AND NOW**, to wit, this 1st day of August 2014, it is hereby **ORDERED** as follows:

1) The petitioner's objections to the report and recommendation (Doc. 11) are **OVERRULED**;

2) The magistrate judge's report and recommendation (Doc. 9) is **ADOPTED**;

3) The petitioner's petition for a writ of habeas corpus (Doc. 1) is **DENIED** without prejudice to renewal at such time, if any, that the delay and detention become unreasonable and excessive;

4) The Clerk of Court is directed to **CLOSE** this case; and

5) Based upon the reasoning set forth in the accompanying memorandum, we decline to issue a certificate of appealability.

                                       **BY THE COURT:**

                                       **s/ James M. Munley**
                                       **JUDGE JAMES M. MUNLEY
                                       United States District Court**